## OMNIBUS MOTION BY BRIAN VODICKA TO UNSEAL DOCKETS AND RECORDS OF JUDICIAL PROCEEDINGS IN CERTAIN MATTERS

| | |
|---|---|
| ------------------------------------------------------------------X<br>CONSIDERATION<br>KRISS v. BAYROCK GROUP, et al.,<br>    U.S. District Court, SDNY, Docket 10-cv-3959,<br>               (Schofield, J.)<br>------------------------------------------------------------------X<br>THE PATTERN<br>------------------------------------------------------------------X<br>THE EDNY<br>IN RE CIVIL CONTEMPT MOTION BY JOHN DOE,<br>COOPERATORS<br>    U.S. District Court, EDNY, Docket 12-cv-557,<br>               (Cogan, J.)<br>------------------------------------------------------------------X<br>------------------------------------------------------------------X<br>UNITED STATES v. THOMAS McLAUGHLIN<br>    U.S. District Court, EDNY, Docket 09-cr-849.<br>               (Cogan, J.)<br>------------------------------------------------------------------X | EMERGENCY<br><br>REQUESTED DUE TO<br>CANDIDACY OF DONALD TRUMP<br>AND HIS RELATIONSHIP TO<br>    FELIX SATER AND<br><br>AND PRACTICE IN<br><br>OF GIVING<br><br>A "LICENSE TO LIE." |

COMES NOW, Brian Vodicka, for the reasons set forth in the accompanying declaration, and moves that the Court allow him to move to intervene and to unseal all dockets and records in the above-captioned matters for the purpose of obtaining true and complete, un-redacted copies of all documents from the Court files.

Respectfully submitted,<br>
_/s/ Brian Vodicka_____<br>
Brian Vodicka<br>
Dallas, Texas

### ORDER TO UNSEAL DOCKETS AND RECORDS

On March 14 & 15, 2016, the Court considered this motion to intervene and unseal the dockets and records in the above-captioned matters. After considering the motion and supporting declaration, the Court grants the motion and orders the Clerk of the Court to unseal all dockets and documents therein immediately.

Hon. _____

### DECLARATION OF BRIAN VODICKA IN SUPPORT OF OMNIBUS
### MOTION TO UNSEAL DOCKETS AND DOCUMENTS THEREIN

I, Brian Vodicka, declare pursuant to 28 U.S.C. 1746, under penalty of perjury this 9th day of February 2015, as follows:

1. I am a citizen of the United States, having First Amendment rights and standing just like any other citizen, and hereby move for the unsealing of the dockets and all judicial documents in the captioned matters. I personally am responsible for a small snip-it of accountability by the U.S. Attorney's office in Brooklyn, having moved to unseal the hidden court files and docket of Russian mobster Gennady Klotsman, part of the trifecta of mobsters involved in White rock/State Street near the turn of the 21st Century. I respectfully draw the Court's attention to the following cases: Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555, 580 (1980); Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1984) ("Press-Enterprise I"); Press-Enterprise Co. v. Superior Court, 478 U.S. 1 (1986) ("Press-Enterprise II"); Hartford Courant Co. v. Pelligrino, 380 F.3d 83, 93 (2d Cir. 2004)). This right applies to civil as well as criminal proceedings. See Westmoreland v. Columbia Broad. Sys., Inc., 752 F.2d 16, 23 (2d Cir.1984); Rushford v. New Yorker Magazine, Inc., 846 F.2d 249, 253 (4th Cir. 1988); Publicker Indus., Inc. v. Cohen, 733 F.2d 1059, 1070 (3d Cir. 1984).

2. I am faxing this motion to the court and I am requesting that it be placed on each of the above-captioned dockets. Prior to faxing this to the court, I faxed or emailed this

motion and attachments to all of the attorneys listed on the dockets. An omnibus email service list is included at the end of this document and I hereby swear that the individuals listed were faxed or emailed this document before I faxed it to the court.

3. I previously moved to unseal the matter of *United States v. Klotsman*, yet another separate but illegal secret EDNY case, which was related to the prosecution of Felix Sater. Judge Glasser recused himself from the case, and my motion to unseal was handled expeditiously by Judge Gleeson, who granted the relief sought, and unsealed the case. (See annexed order, Exhibit "A"). I trust that this omnibus motion will be treated with equal, if not quicker, dispatch. I was not present during Judge Glasser's meeting in chambers where certain "agencies" of the United States Government convinced Judge Glasser of the "over-riding" national security interests to allow Felix Sater, among other persons (Arif and Bayrock employee, Gennady Borokhovich a/k/a Gemnagy Doraborakhovich, in association with FBI Most Wanted criminal fugitives John Doe a/k/a Victor Wolf and Jane Doe a/k/a Natalia Wolf, to sweep thru the United States in a classic black-ops operation known as Sky Development Group and Bayrock LLC). Attached are Exhibits A, B, & C which give a brief explanation of Sky Development Group's operation in the U.S.

4. Bayrock skimmed the swamps of Brooklyn, Sky Development skimmed the swamps of Florida, and Sky Group of Texas ( a dummy company), using J&T Development Group LP, another Texas dummy company, skimmed the cow pastures of Austin, Texas.

5. The first 45 pages of the Bayrock-Kriss Complaint unveiled by Sheforofsky a/k/a Sater that is now part of public filings in the Western District of Texas, courtesy of the Courts in Israel, (a country that does understand the implications of the Russian Mafia's

transcendence of all transnational organized crime groups) is attached as Exhibit D. This Court should note Page 45. Allegations and the proof thereof, involving Equity skimming[1] by, with the knowledge of, or for the benefit of a U.S. Presidential candidate's triumphant real estate projects is the public's business to know and judge. Not the secret system of hidden court cases chiefly in the Southern District of New York and the Eastern District of New York.

6.  However, I can read. I can discern, sometimes, reading between the lines, and what I believe to be true, is that the certain agencies of the U.S. Government did not communicate to Judge Glasser that he was letting lose an unparalleled bank fraud that helped cause the financial crisis of 2008. All one has to do is look at the Bernard Funding Group that assigned its loan rights to a Cayman Islands offshore company, Bernard National Loan Investors Ltd to see international money transfers in the Wildhorse Ranch in Austin, Texas. All one has to do, like I did almost 4 years ago, pay Kinkos to copy the filings in the Joshua Bernstein case in New York Supreme Court Westchester County and start reading. All one has to do is to read the one page $50,000,000 wire from Iceland, another offshore financial center designed to skirt U.S. laws. The inescapable conclusion for thise who can read and have a moral compass, a loaf of bread from God, is to say: What in God's green earth is going on?????

7.  I am of the belief and opinion that Judge Glasser was (a) hood-winked into allowing Russian mobsters on the loose; and (b) YES, he did error in the Restitution rights of the victims. The blame for this error lies as equally on Judge Glasser as it does

---

[1] Equity Skimming in real estate is a real estate related crime according to FINCEN.

the U.S. Attorney, who, it appeared, did nothing to ensure compliance with the Crime Victims Rights Act, pioneered by former federal Judge Paul Cassell. The U.S. Attorney cut a deal ii had no authority to make. Plain and Simple!!!

8. I reside in Dallas, Texas and do not have the normal financial resources to travel to New York to attend any oral arguments or evidentiary hearings. I suffer from two disabilities. I will have to plan in advance attendance in person. However, I might request a public interest law firm to represent me, should such become necessary in order to vindicate the public's right of access. I request that any filing fees be waived, because I am a victim of a Bayrock/Sater/Borokhovich/Wolf/ Wolf/Lahr/ Barlin/Zaretsky/ Zaretsky/Fortune 500 Lennar Homes subsidiary North American Title, among others-related RICO fraud, which stripped me of my assets. So I spend my time investigating his frauds, and others' frauds, and how the federal prosecutors and judges allowed him and other cooperators to continue to commit RICO fraud even after pleading guilty. In the great tradition of a former New York citizen[2] accustomed to taking a stand when others lack courage, I am using my First Amendment rights of access to blow open, and end, the courts' illegal concealment of cases, and bring as much media attention to bear on this as possible.

9. For the past several years, I have been investigating the issue of judicial and prosecutorial misconduct with respect to the prosecution of Felix Sater, and am not shy

---

[2] Yes, there are many New York citizens with courage. Plaintiff refers here to Theodore Roosevelt and Franklin Roosevelt and Eleanor Roosevelt. 21st Century heroes of justice include Richard Lennar and Frederick Oberlander, among members of the press and multiple Florida attorneys as well as RICO and banking experts and title experts Robert Philo, Steve Lawrence, and Ponzi expert and money laundering expert Edmund Martin. It is a shame the true extent of the U.S. government's cover-up, despite some of these countries brightest and longest public servants.

about saying that I have provided a great deal of information to members of the media and the public about what I have learned.

10.     I am particularly concerned about allegations, revealed in papers submitted to the U.S. Supreme Court, and made public by that Court, that the EDNY prosecutor's office knowingly allowed Felix Sater to commit further financial frauds after he had pled guilty to RICO fraud in approx. 1999.

11.     This makes every complaint filed against Felix Sater, indeed every paper in every case involving Felix Sater, a matter of utmost public importance, particularly given his well-reported relationship with presidential candidate Donald Trump. Yes, it is a matter of common public good that our "elected" public servants not engage in, or conspire to commit, frauds such as "straw-buyers" [Trump's purported license agreements] and money-laundering and U.S. federal, New York state, and New Jersey state income tax evasion, especially with **"SHAM LOANS".** My personal experience is that most Judges, including federal judges, do not have the experience needed to address dirty banking, bank fraud, sham loans, dummy companies, off-shore tax havens, shell companies, and the shadow banking system set up by Russian Organized Crime between dummy companies-title company escrow accounts ( like Lennar's North American Title and Fidelity Title) – and attorney IOLTA trust accounts.

12.    I am also aware that the Associated Press has moved to unseal the case in which attorneys Frederick M. Oberlander and Richard E. Lerner have apparently been accused of misconduct (EDNY Docket 12-cv-557, Cogan, J.), even though Mr. Oberlander and Mr. Lerner have been described in the Congressional Record as being "courageous"

for taking on the federal judges and prosecutors who have been illegally allowing cooperators to keep the money they've stolen in exchange for cooperation. Although some may think, some may avow, and some may argue that Oberlander and Lennar are God's gift to critical thinking, or ie. simple logic, the truth is Sal Lauria's autobiography which I ordered and actually read tells the entire story if anyone has a pea for a brain and can compare U.S. Department of Justice press Releases to Lauria's book. As far as unraveling Russian Organized Crime in the Untie States of America, Sal Lauria deserves all the honor and all the glory!!! Since Lauria's book was well written, I would suggest it be the starting point of anybody interested in how the drama unfolds.

13. I believe that the prosecutors' and courts' hiding of Sater's criminal docket allowed Mr. Sater, through Bayrock, to perpetrate fraud against me and others. Such is described in detail in exhibit B to this motion (I am only attaching the cover page, not the other 200 pages, more or less). It is a document that the Associated Press brought to the public's attention, and the entirety of the document is on the Associated Press's website (see link at apne.ws/1NrYEDo). My investigation reveals that Felix Sater publicly filed the document obtained by the Associated Press in Israel, and later sought to put it under seal, claiming that the document was under seal in the Federal Court in New York. Quoting a great true America hero, "Here we go again". [Ronald Reagan] All you have to do is READ English!!! There is a page very telling on page 45, the chart of Sater, Arif, and others Skimming". The last time I looked, the Federal Bureau of Investigation listed equity skimming on the web site of real estate related **CRIMES!!** I attach this cover page as Exhibit D hereto, which my partner has put front and center

before Judge Ezra to see if he has the courage to JUST SAY NO – like Nancy Reagan – Just Say NO to Russian Organized Crime.

14. My investigation has led me to conclude that it is a redacted version of the original complaint filed in the SDNY action docketed as 10-cv-3959. This is made clear by the date of the document, and the names of the parties, and Google searches of same lead directly to SDNY docket 10-cv-3959. Although I have not had Sater's Israeli filings translated into English with a certified translation, upon information and belief those documents describe the document as the complaint in the 10-cv-3959 case. Sater can deny this if he wishes, in response to this motion, and if he does, I will try to find an inexpensive translator. In any event, it is public, so it doesn't really matter who made it public. The attack ads in the U.S. Presidential campaign mean the proverbial genie is out of the bottle. It must be unsealed. Otherwise, the Court is placed in the untenable position of covering-up millions upon millions of dollars of income tax evasion when middle class people struggle to pay the electric bills. This is Adam Smith's capitalism turned up-side down on its head. In Thomas Jefferson language, a government of the few, by the few, and for the few will continue to flourish unbounded and unbridled unabated in the 21st Century. One must ask: Where oh where is the federal judiciary? AWOL is the answer!! Protecting, not punishing, the Russian mafia!! There should be a CLE training course for the federal judiciary in Israel for starters.

15. As noted, however, the version that Sater made public is public to the entire world. How can U.S. Courts take back filed public records in Israel?? I have never seen what is re-dacted, but request a conference to determine for myself if this is in the interest of justice, since that phrase and become a shield for fraud when it comes to the

Russian mafia. Since it is futile to keep under seal a document that is public, I demand that all portions of it that are now public be unsealed on the 10-cv-3959 docket IMMEDIATELY. The Second Circuit held in Bernstein v. Bernstein Litowitz, February 24, 2016, just a few weeks ago, that I have an absolute First Amendment right of access to that complaint. I demand that it be unsealed immediately, because it is clear that it is futile to keep something under seal that is available to the public, especially when the Second Circuit has now declared that there is a First Amendment right of access to it.

16. As for the portions that Sater redacted when he filed it in Israel, I demand that cause be shown immediately, as the First Amendment requires, why those redacted portions should not be unsealed by the court (Judge Schofield). The public's right to know, given that Sater holds himself out has having been Trump's "Senior Advisor," and Trump has admitted that Sater worked with him on projects even after Sater was "outed" by the New York Times in December 2007 as being involved with the mob, and even after Sater was publicly sentenced for RICO fraud on October 23, 2009 by Judge Glasser. Again, here we go again. Sa Lauria's book pinpointed with excriticating detail the head of the Russian mob in Brighton Beach, Lex Tersa father. Now that Felix, a former employee of Ma Bell (ATT), has been identified as the myersuoius un-named Lex Tersa, this coincides with the conviction for Extortion of Michael Sheforofsky a/k/a Michael Sater. This Sater was convicted with a known associate of La Cosa Nostra, Earnest Montevecchi. But wait – this fact is unknown to federal Judges in Texas. The federal Judges in Texas provided a made for heaven breeding ground of Sky Developments black-ops operation in the United States because

actual mafia of LA Cosa Nostra is unknown to Texas and (b) the massive problems of the border/U.S. Immigration, and the Mexican drug cartels.

17. In the previous motion to unseal the Klotsman docket, I told Judge Glasser (who referred the matter to Judge Gleeson) that I know a global hedge fund, Fortress Investments was defrauded in the same fake "land development" pitched as Sky Station, part of the 200 acres in the Wildhorse Ranch, Austin, Texas. I have seen falsified written materials of the same fake development with the "Bayrock" name on it, also promoted by Sky Development Group and its alter-ego Sky Group of Texas. Sky Development Group is detailed in the FBI web site of Most Wanted criminal fugitives Victor & Natalia Wolf. The FBI has admitted on national television that these names were fake aliases, meaning the entire time period Victor & Natalia Wolf operated Sky Development in Sunny Isles, Beach Florida, they were in the country illegally and evaded the entire U.S. Homeland Security, remaining undetected. When Florida law enforcement began closing in, they skipped the country. Curiously, the FBI Wanted Posters delete the Wolfs' ties to New Jersey, and the Eastern District of New York failed to pick up the "ties to New York" mentioned on the FBI national office web site of Most Wanted fugitives. Sky Development, and all of the operators of Sky, including one or more employees of Bayrock, executed the largest land fraud in U.S. history in the 21st Century, and it has made a farce of the entire judicial system in the U.S.

18. These matters are of manifest public importance, and this motion requires immediate consideration, because Bayrock was owned by Sater, and Sater was Trump's "Senior Advisor," even after Sater's mob connections were made public and Sater was publicly sentenced.

19.     As for the Thomas McLaughlin case, I am moving to unseal that because the docket shows that it was presided over by Judge Cogan, and that McLaughlin pled guilty to RICO fraud. However, Judge Cogan failed to impose an order of restitution, which is illegal. So I demand to know the reasons why there was no order of restitution, and why your honor (Cogan, J.) failed to comply with your Crime Victims Rights Act obligations and your duty to impose an order of restitution under the Mandatory Victims Restitution Act. On the other hand, I have become aware of an exhaustive "check-list" a judge has to mentally go thru in sentencing someone, which is "deprivation of life and liberty" and completing the check-list time and time again means sometimes errors happen. Not all bank employees get deposits and withdrawals exact, like North American Title had trouble with its boiler room of falsified HUD-1 settlement statements despite 18 USC ¶ 1001 to the contrary.

20.     I hereby move to intervene and to unseal all of the captioned matters, so that the public, and the Senate, may learn more about the disgraceful practices of the EDNY and the SDNY, and so that former U.S. Supreme Court Justices" words still matter in the USA - sunlight is the best of disinfectants. I do hope some day to testify of the courageous actions of Richard Lennar and Fred Oberlander, like other attorneys in Florida, to make the U.S. government, and its public servants, accountable to the people.

21.     The public must be an informed citizenry, or at least given the tools to become informed if they wish – not to be hood-winked and spoon fed sheep led astray to the slaughter of the powerful at the beckon call of the mafia. I am to take the liberty of serving copies of this motion upon the Senate Judiciary Committee as well as other members of the media and the public. Enough is enough!!!

22.     I reside in Texas and may not be able to appear in person for any hearing. I request that this motion be formally docketed, and noted that I waive my personal appearance. Under the case law mentioned above, any opponent of unsealing bears the burden of demonstrating the reason documents should remain sealed. Given the importance of this matter – corruption of the prosecutors' offices and the possible corruption of multiple courts, the matter is a national security threat to our democracy and is of utmost concern – I submit that the opponents of unsealing would have an impossible burden.

23.     In the side caption of this motion, I said that I'm making this motion so that the public can learn about the deals with the devil that the EDNY and SDNY courts and prosecutors make, giving cooperators a "Licensed to Lie." Here we go again – I purchased the book and **READ it**!! My reference is to former federal prosecutor Sidney Powell's book of that title, which Judge Alex Kozinski of the Ninth Circuit, and Senator Orrin Hatch have both praised. I need not say more, as I'm sure you judges have also read it. I wish I could write like her, but at least I was given the gift to be able to read.

## CONCLUSION

WHEREFORE, it is respectfully submitted I be granted leave to intervene and that that all dockets and all judicial documents in the captioned matters be unsealed forthwith.

Dated: March 14 and March 15, 2016
    Dallas, Texas

                              /s/ Brian Vodicka
                              Brian Vodicka

To:

    Senate Judiciary Committee (Attn Chairman Charles Grassley, via fax: 202.224.6020)
    Washington Times (via email, attn editor John Solomon
    jsolomon@washingtontimes.com)
    New York Times (via email, attn Exec. Editor, National Desk and Benjamin Weiser
    executive-editor@nytimes.com   national@nytimes.com   weiser@NYtimes.com )
    Wall Street Journal (via fax: 212-416-2653)
    Washington Post (via fax: 202-334-7502)

### Declaration of Service

I, Brian Vodicka, declare under penalty of perjury that on March 14 and 15, 2016, I served via the most expedient means available, via email or fax, the individuals and entities identified in the service list.

Dated: March 14 and 15, 2016
    Dallas, Texas

                                                /s/Brian Vodicka
                                                  Brian Vodicka