

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EN:GKS
F. #1998R01996

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2016

<u>By Hand and ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: In re Motion for Civil Contempt by John Doe
       <u>Miscellaneous Docket No. 12-557 (BMC) </u>

Dear Judge Cogan:

   The U.S. Attorney's Office for the Eastern District of New York (the "Office") writes respectfully to request a brief extension for filing its response to the Court's March 3, 2016 order to show cause. The Office's response is currently due on April 18, 2016. The Office has reviewed the documents available to it in the above-referenced action and has made preliminary determinations as to which documents may be unsealed, in whole or in part, and which documents do not appear to implicate an interest of the government. A brief extension would permit the Office to finish conferring with counsel for John Doe and with the U.S. Attorney's Office for the Northern District of New York to ensure that the Office's position adequately takes into account their respective positions. Accordingly, the Office respectfully requests an extension until April 25, 2016 to file its response.

            Respectfully submitted,

            ROBERT L. CAPERS
            United States Attorney

      By:  /s/          
            G. Karthik Srinivasan
            Assistant U.S. Attorney
            (718) 254-6013